No. 00–10139. CHRISTEN *v.* ALABAMA. Ct. Civ. App. Ala.;

No. 00–10391. THOMAS SHAKIR *v.* SCHLEIN ET AL. Ct. App. D. C.;

No. 00–10445. GERMANO ET UX. *v.* FIRST NATIONAL BANK OF BETHANY ET AL. C. A. 5th Cir.;

No. 00–10458. MATIMA *v.* AYERST LABORATORIES, INC. C. A. 2d Cir.;

No. 00–10710. DRYDEN *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir.;

No. 01–5359. DOE *v.* NOE ET AL. (two judgments). App. Ct. Ill., 4th Dist.;

No. 01–5413. OLUFEMI *v.* DEKALB COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES. C. A. 11th Cir.;

No. 01–5533. JONES *v.* MERIT SYSTEMS PROTECTION BOARD (two judgments). C. A. Fed. Cir.;

No. 01–5756. SHEA *v.* BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND. Super. Ct. N. J., App. Div.; and

No. 01–5999. RIDLEY *v.* UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 22, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–10769. MANN *v.* THALACKER, WARDEN. C. A. 8th Cir. Motion of respondent to strike petition for writ of certiorari and to seal petitioner's appendix granted without prejudice to counsel for petitioner submitting a redacted petition for writ of certiorari, with the appendix under seal, on or before October 22, 2001.

No. 01–163. IN RE RETTIG. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 01–5349. IN RE YOUNG. D. C. W. D. Ky. Petition for writ of common-law certiorari denied.

No. 00–10558. IN RE BROADES;
No. 00–10730. IN RE COLE;
No. 00–10829. IN RE McSHEFFREY;
No. 00–10849. IN RE ASBERRY;
No. 00–10860. IN RE CASTELLANOS;
No. 00–10863. IN RE HETHERINGTON;
No. 00–10869. IN RE COTHRUM;

No. 00–10884. IN RE BAUDER;
No. 01–56. IN RE GARCIA;
No. 01–88. IN RE FELDMAN;
No. 01–5005. IN RE ALONSO LONDONO;
No. 01–5021. IN RE CANA-RUIZ;
No. 01–5029. IN RE PORTER;
No. 01–5055. IN RE NEUFVILLE;
No. 01–5083. IN RE HEDGES ET AL.;
No. 01–5090. IN RE MARTIN;
No. 01–5137. IN RE MONTGOMERY;
No. 01–5149. IN RE WOODS;
No. 01–5155. IN RE GIURA;
No. 01–5315. IN RE GONZALEZ;
No. 01–5360. IN RE DRAPER;
No. 01–5428. IN RE TAYLOR;
No. 01–5523. IN RE GOODWIN;
No. 01–5550. IN RE YAPP;
No. 01–5554. IN RE MURRAY;
No. 01–5558. IN RE BROWN;
No. 01–5653. IN RE ADIO-MOWO;
No. 01–5700. IN RE WIGGINS;
No. 01–5741. IN RE MONREAL;
No. 01–5755. IN RE DEVAUGHN;
No. 01–5928. IN RE WALDEN; and
No. 01–6033. IN RE GRAVES. Petitions for writs of habeas corpus denied.

No. 00–10748. IN RE CHURCH. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 00–10761. IN RE CHURCH. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's rule 39.8.

No. 00–10105. IN RE ROBINSON;
No. 00–10292. IN RE BERRY;
No. 00–10336. IN RE VANN;
No. 00–10390. IN RE ROBINSON;
No. 00–10485. IN RE ABDELMESSIH;
No. 00–10487. IN RE RODRIGUEZ-PADRON;
No. 00–10513. IN RE DUNNINGTON;
No. 00–10532. IN RE YOUNG;